UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BARBARA B. KOWALEWSKA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN M. MCHUGH, Secretary, Department of the Army,<br><br>    Defendant. | CASE NO. C13-5187 BHS<br><br>ORDER DENYING MOTION TO APPOINT COUNSEL |

This matter comes before the Court on Plaintiff Barbara B. Kowalewska's ("Kowalewska") motion to appoint counsel (Dkt. 2).

On March 12, 2013, Kowalewska filed a complaint alleging breach of an Equal Employment Opportunity Commission ("EEOC") settlement agreement. Dkt. 1. On March 13, 2013, Kowalewska filed a motion to appoint an attorney. Dkt. 2.

There is no right to have counsel appointed in cases brought under 42 U.S.C. § 2000e. Although a court, under 28 U.S.C. § 1915(e), can request counsel to represent a party proceeding *in forma pauperis*, the court may do so only in exceptional

ORDER - 1

1 circumstances. *Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997). A finding of
2 exceptional circumstances requires an evaluation of both the likelihood of success on the
3 merits and the ability of the plaintiff to articulate his or her claims *pro se* in light of the
4 complexity of the legal issues involved. *Wilborn v. Escalderon*, 789 F.2d 1328, 1331
5 (9th Cir. 1986).

6       In this case, the Court finds that exceptional circumstances do not exist to appoint
7 counsel. First, Kowalewska is able to articulate her claims and arguments. Second, the
8 issues do not appear to be that complex at this time. Third, the likelihood of success is
9 undercut by the fact that the EEOC rejected her breach claim on direct review and on
10 appeal. Therefore, the Court **DENIES** Kowalewska's motion to appoint counsel.

11       Dated this 19th day of March, 2013.

                                              BENJAMIN H. SETTLE
                                              United States District Judge